**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-229-GMN (GWF) |
| ) | |
| STEVE HILL, ) | |
| ) | |
| Defendant. ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On February 2, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section (24(d)(1) and (3)(B) and Title 28, Untied States Code, Section 2461(c), based upon the plea of guilty by defendant STEVE HILL to the criminal offenses, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant STEVE HILL pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 5, 2010 through March 6, 2010, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. #23.

. . .

. . .

1  The United States served all known third parties petitioners by personal service or by regular mail and certified mail return receipt requested. In addition, the United States also served the following:

    a.  Omar Villanueva was served by Personal Service on August 23, 2010. #23, p. 2, 4-14.

    b.  Christianne Alfonso Villanueva was served by Personal Service on August 27, 2010. #23, p. 3-14.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section (24(d)(1) and (3)(B) and Title 28, Untied States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.  Glock, Model 23, .40 caliber semi-automatic handgun, serial number LXY250.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 6th day of October, 2010.

_____
Gloria M. Navarro
United States District Judge

2